929 A.2d 634

**Royce FARRAR, Petitioner,**

v.

**PCRA UNIT OF the COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 67 EM 2007.**

Supreme Court of Pennsylvania.

July 17, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus Relief and or Extraordinary Relief and Petition to Amend Petition for Writ of Mandamus are denied.